**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000516
05-JUL-2019
10:27 AM**

NO. CAAP-17-0000516

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SHARHONDA M. SMITH, Claimant-Appellant, v.
HAWAII BEHAVIORAL HEALTH, LLC., Employer-Appellee, and
GRANITE STATE INSURANCE CO./AIG CLAIM SERVICES, adjusted by
JOHN MULLEN & CO.,INC., Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2014-386; DCD NO. 2-11-00743)

ORDER APPROVING JOINT STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Joint Stipulation to Dismiss Appeal From the Labor and Industrial Relations Appeals Board Decision & Order Filed on June 28, 2017" (Stipulation), filed June 29, 2019, by Claimant-Appellant Sharhonda M. Smith, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice.

DATED: Honolulu, Hawai'i, July 5, 2019.


Chief Judge


Associate Judge


Associate Judge